ORIGINAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

Filed at 11:50 AM
April 7, 20 03
Kathy Ellerbee
DEPUTY CLERK, U S DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| and | ) ) |
| ELWYN NEVES, | ) ) ) |
| Plaintiff-Intervenor, | ) ) |
| v. | ) ) |
| PROCTER & GAMBLE PAPER PRODUCTS COMPANY, | ) ) ) |
| Defendant. | ) ) |

Civil Action No.
1:01-CV-151-3 (WLS)

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the Equal Employment Opportunity Commission ("EEOC"), Elwyn Neves ("Mr. Neves"), and The Procter & Gamble Paper Products Company ("P&G"), stipulate to the dismissal of the above-captioned action with prejudice as follows:

1. The parties have reached an agreement to compromise and settle all matters in controversy between them in this lawsuit and have reduced their agreement to writing. A copy of the Settlement Agreement is attached hereto as Exhibit 1 and is hereby made a part of this Stipulation of Dismissal.

2. The Court shall retain jurisdiction of this case for six months solely for the purpose of



enforcing the terms of the Settlement Agreement.

    3. Each party shall bear its/his own costs and attorney's fees.

    4. EEOC's and Mr. Neves' claims against P&G are dismissed with prejudice.

GWENDOLYN YOUNG REAMS
Associate General Counsel

_____
S. ROBERT ROYAL
Ga. Bar Number: 617505
STEVEN M. TAPPER
Senior Trial Attorney
Ga. Bar Number: 698018

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Atlanta District Office - Legal Unit
100 Alabama Street, SW, Suite 4R30
Atlanta, Georgia 30303
(404) 562-6820 (direct) or -6932 (general)
(404) 562-6905 (fax)

Attorneys for Plaintiff Equal Employment Opportunity Commission

_____
CHARLES A. MATHIS, JR.
Ga. Bar Number: 477025
DOUGLAS P. McMANAMY
Ga. Bar Number: 497735
THE MATHIS LAW FIRM
311 W. Broughton Street, 1st Floor
Savannah, Georgia 31401
(912) 234-3333
(912) 234-8818 (fax)

*[signature]*
JOHN G. SKINNER
Georgia Bar No. 650600
HAYNSWORTH, BALDWIN,
    JOHNSON & GREAVES
2500 Windy Ridge Parkway, Suite 1250
Atlanta, Georgia 30339-5681
((770) 541-4940
((770) 541-4954 (fax)

Attorneys for Defendant Procter & Gamble Paper Products Company

IT IS SO ORDERED, this 3rd day of April, 2003.

*[signature]*
W. LOUIS SANDS, CHIEF JUDGE
UNITED STATES DISTRICT COURT

ENTERED ON DOCKET
April 7, 2003
Gregory J. Leonard, Clerk
*[signature]*
Deputy Clerk

3